**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                    Case No. 2:25-cr-20426-MSN

KOBE MCFADDEN,

     Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

Pursuant to 28 U.S.C. § 636(b), Magistrate Judge Christoff conducted a plea hearing in this matter on July 23, 2026.  After the hearing, Magistrate Judge Christoff filed a Report and Recommendation on Change of Plea (ECF No. 57, "Report"), finding that that Defendant was fully competent and capable of entering an informed plea; the plea was made knowingly and with full understanding of each of the rights waived by Defendant; the plea was made voluntarily and free from any force, threats, or promises; Defendant understood the nature of the charges and penalties provided by law; and the plea had a sufficient basis in fact.  (*Id.* at PageID 129.)  The Report therefore recommended that the Court (1) grant Defendant's request to withdraw his not guilty plea to Counts One, Two, Three, and Four of the Superseding Indictment; (2) accept Defendant's guilty plea to Counts One, Two, Three, and Four of the Superseding Indictment; (3) adjudicate Defendant guilty of violating 18 U.S.C. § 922(o) and § 924(a)(2) as charged in Counts One, Two, and Three of the Superseding Indictment; and guilty of violating 21 U.S.C. § 841(a)(1) as charged in Count Four of the Superseding Indictment; and (4) order that Defendant remain on his existing bond pending sentencing or further order of this Court.  (*Id.* at PageID 129–30.)

The Report provided notice that the parties had 14 days after service of the Report to file specific written objections to the proposed findings and recommendations and that failure to do so may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal. Neither party has filed objections to the Report, and the period for doing so has expired.

After review, the Court agrees with the Report's findings and recommendations. Accordingly, pursuant to 28 U.S.C. § 636(b), the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (ECF No. 44) and **ORDERS** as follows:

(1)    Defendant's request to withdraw his not guilty plea to Counts One, Two, Three, and Four of the Superseding Indictment is **GRANTED**;

(2)    Defendant's guilty plea to Counts One, Two, Three, and Four of the Superseding Indictment is **ACCEPTED**;

(3)    Defendant is hereby **ADJUDGED** guilty of violating 18 U.S.C. § 922(o) and § 924(a)(2) as charged in Counts One, Two, and Three of the Superseding Indictment; and guilty of violating 21 U.S.C. § 841(a)(1) as charged in Count Four of the Superseding Indictment; and

(4)    Defendant **SHALL REMAIN** on his existing bond pending sentencing or further order of this Court.

**IT IS SO ORDERED**, this 11th day of August, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

2